JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

REMI PAOLA VARGAS,

     Plaintiff,

     v.

MARTIN O'MALLEY,
Commissioner of Social Security,

     Defendant.

No.  5:23-cv-02494-BFM

JUDGMENT

     Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:  February 2, 2024

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

-1-