# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Remi Paola Vargas,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 5:23-cv-02494-BFM<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of ONE THOUSAND SIXTY-EIGHT DOLLARS and 23/100 ($1,068.23) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: May 1, 2024

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE